JAMES CROSS

v.

WILLIAM EWING

1811

JOURNAL ENTRIES

1. Motion to quash; diminution suggested; certiorari;
   continuance . . . . . . . . . . . *Journal, infra,* \*p. 395

PAPERS IN FILE

1. Copy of J. P. record . . . . . . . . . . . . . .